IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| MICHAEL JIMENEZ | § | |
| VS. | § | CIVIL ACTION NO. 9:16-CV-2 |
| SHARON WYNNE, *et al.*, | § | |

ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION RE WYNNE'S MOTION

Plaintiff, Michael Jimenez, an inmate confined at the Gib Lewis Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se* and *in forma pauperis*, filed this civil rights complaint pursuant to 42 U.S.C. § 1983 against defendants Sharon Wynne, Terrance Shaw, and Phillip Whigham.

The court referred this matter to the Honorable Keith Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends Defendant Wynne's Motion for Summary Judgment be granted (docket entry no. 70).

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge have been filed to date.[1]

---

[1] Plaintiff received a copy of the Report and Recommendation on January 29, 2019 (docket entry no. 74).

## ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED**.

So **ORDERED** and **SIGNED March 11, 2019.**

_____
Ron Clark, Senior District Judge